# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-20273
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
February 10, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

GERARDO CARRILLO-GONZALEZ,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CR-633-1

———————————————————

Before KING, HAYNES, and HO, *Circuit Judges*.

PER CURIAM:[*]

Gerardo Carrillo-Gonzalez appeals the above-guidelines 58-month sentence imposed following his conviction for illegal reentry. He challenges the substantive reasonableness of his sentence.

The district court did not err by considering Carrillo-Gonzalez's criminal history, including his 2005 marijuana-related conviction and 2023

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-20273

aggravated assault conviction. *See United States v. Fraga*, 704 F.3d 432, 441 (5th Cir. 2013); *United States v. Smith*, 440 F.3d 704, 709 (5th Cir. 2006). On the applicable deferential standard of review, we are not persuaded that the district court imposed a substantively unreasonable sentence. *See United States v. Diehl*, 775 F.3d 714, 724 (5th Cir. 2015).

AFFIRMED.